UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 11-3859-JAK (PLA)**  Date: **April 18, 2016**

Title: **Juan Solis v. Susan L. Hubbard**

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**     ☐ U.S. DISTRICT JUDGE
                                               ☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**         **ATTORNEYS PRESENT FOR RESPONDENT:**
NONE                                           NONE

**PROCEEDINGS:**    (IN CHAMBERS)

On December 22, 2015, the Court granted petitioner's Motion for a stay[1] and ordered petitioner to file a habeas petition with the appropriate state court, raising his claims based on People v. Gutierrez, 58 Cal. 4th 1354 (2014), within thirty days of the date of the Order. Petitioner was also ordered to file a status report every sixty days thereafter, informing the Court of the status of his state court petition(s). As of the date of this Order, petitioner has not filed any status reports with the Court. Accordingly, **no later than April 25, 2016, petitioner is ordered to show cause** why the stay should not now be lifted. Filing of a Status Report on or before **April 25, 2016**, shall be deemed compliance with this Order.

cc:   Michael Tanaka, DFPD
      Thomas C. Hsieh, CAAG

Initials of Deputy Clerk        ch

---

[1] Petitioner is represented by the Federal Public Defender.