# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.: **CV 11-3859-JAK (PLA)**  Date: **September 13, 2022**

Title:  **Juan Solis v. Susan L. Hubbard**

---

PRESENT:  THE HONORABLE   **PAUL L. ABRAMS**
UNITED STATES MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**      **ATTORNEYS PRESENT FOR RESPONDENT:**
NONE                                        NONE

**PROCEEDINGS:  (IN CHAMBERS)  Order to Show Cause**

Following the Court's review of the status of petitioner's state court proceedings, it appears petitioner has no habeas claims pending in any California court.  Rather, the record reflects that petitioner's only ongoing state court matter concerns his upcoming hearing in the superior court pursuant to People v. Franklin, 63 Cal. 4th 261, 284 (2016), at which he will have the opportunity to put on the record youth-related mitigating factors for use at a future parole hearing.

In light of the foregoing, plaintiff is **ordered to show cause** why the stay in this action should not be lifted.  **No later than September 27, 2022,** petitioner shall file a response to this Order making clear his arguments, if any, as to why the stay should not be lifted given that the state courts have denied habeas relief.

IT IS SO ORDERED.


cc:    Claudia Pamela Gomez, DFPD
       Saivandana Peterson, DFPD
       Thomas C. Hsieh, CAAG




Initials of Deputy Clerk _____ch_____