# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **CV 11-3859-JAK (PLA)**            Date: **September 27, 2022**

Title:   **Juan Solis v. Susan L. Hubbard**

---

**PRESENT:  THE HONORABLE    PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**      **ATTORNEYS PRESENT FOR RESPONDENT:**
NONE                                                                NONE

**PROCEEDINGS:  (IN CHAMBERS)  Order to Show Cause**

On September 27, 2022, petitioner filed a Response to Order To Show Cause Re Stay, setting forth his arguments in support of having the stay in this matter remain in effect. (ECF No. 119).  In light of the foregoing, the Court has determined that further briefing from respondent addressing petitioner's position as to whether the stay should be lifted may be of assistance.  Accordingly, **no later than October 11, 2022,** respondent is **ordered** to file a response addressing petitioner's arguments in opposition to lifting the stay.

After respondent files the response as ordered, the Court will determine whether the stay shall remain in effect.

IT IS SO ORDERED.


cc:    Claudia Pamela Gomez, DFPD
       Saivandana Peterson, DFPD
       Thomas C. Hsieh, CAAG


Initials of Deputy Clerk  ch