UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 11-3859-JAK (PLA)**            Date: **October 7, 2022**

Title:    **Juan Solis v. Susan L. Hubbard**

---

**PRESENT:  THE HONORABLE   PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PETITIONER:**      **ATTORNEYS PRESENT FOR RESPONDENT:**
NONE                                                                                         NONE

**PROCEEDINGS:  (IN CHAMBERS)  Order to Show Cause**

On September 27, 2022, petitioner filed a Response to Order To Show Cause Re Stay, setting forth his arguments in support of having the stay in this matter remain in effect. (ECF No. 119). On October 5, 2022, respondent filed a Response. (ECF No. 121).

After reviewing the parties' filings regarding the stay, the Court determines that, at this time, it is appropriate for the stay to remain in effect. As the parties note, petitioner represents he intends to petition the state courts for resentencing relief pursuant to California Penal Code § 1170(d)(1), and that if he is successful, this would moot several pending claims in this action. Accordingly, in light of petitioner's anticipated state court resentencing petition, the Court declines to lift the stay. In order for the stay to remain in effect, petitioner must promptly file his Section 1170(d)(1) petition in state court. Petitioner's next status report is due **no later than October 19, 2022**.

cc:     Claudia Pamela Gomez, DFPD
         Saivandana Peterson, DFPD
         Thomas C. Hsieh, CAAG

Initials of Deputy Clerk    ch